# FILED

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0156

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No.  DA 23-0156

_____

IN THE MATTER OF THE ESTATE OF RONALD GLEN KEMMER

_____

Appeal from the Thirteenth Judicial District Court, Yellowstone County
Cause No. DP-19-197
The Honorable Donald L. Harris, Presiding.

_____

### ORDER SETTING DEADLINES FOR RESPONSE BRIEFS

_____

Travis Kemmer, in his capacity as an heir of the Estate, has filed an Unopposed Motion to set certain deadlines for the parties' respective Response Briefs. For good cause showing, it is hereby ordered the parties shall file their respective response brief on or before the following dates:

Intervenor Travis Kemmer, individually   June 9, 2023

Intervenor Travis Kemmer, as PR   June 9, 2023

Appellees Ronda Gilge and Collette Cole   June 26, 2023

DATED this ___day of May, 2023.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2023